IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *v.*<br><br>LAKEYSHA ELLIS | Criminal Action No.<br><br>1:14-CR-0012-AT |

**Government's Motion for Reduction of Sentence Based on Substantial Assistance**

The United States of America, by John A. Horn, United States Attorney, and Stephen H. McClain, Assistant United States Attorney for the Northern District of Georgia, and in accordance with Title 18, United States Code, Section 3553(e) and Section 5K1.1 of the Sentencing Guidelines, files this motion for a downward departure from the applicable guideline range for imposition of the sentence for defendant Lakeysha Ellis.  Defendant Ellis provided substantial assistance to the Government after she was notified of the investigation.

Before the grand jury returned the first indictment in this case, Ellis contacted the government through her attorney.  She agreed to plead guilty and cooperate with the government.  As the result of her early decision to cooperate and plead guilty, the government agreed to enter a plea agreement under which Ellis agreed to plead guilty to one count of conspiracy to violate 18 U.S.C. § 666(a)(1)(A) and one count of conspiracy to violate 18 U.S.C. § 1343.  That plea

resulted in Ellis facing a significantly lower guideline range than she would if she had been convicted of conspiring to commit all of the objects in the first conspiracy count.  In addition to that benefit, the government also believes that Ellis' substantial assistance warrants a further reduction in her sentence.  The United States therefore moves for a downward departure pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), and recommends that the Court reduce Ellis' sentence by an additional three months.  The United States contends that such a sentence would be reasonable under 18 U.S.C. § 3553(a).

WHEREFORE, the United States respectfully requests that the Court grant its Motion for Reduction of Sentence Based on Substantial Assistance.

Respectfully submitted,

JOHN A. HORN
*United States Attorney*

/s/STEPHEN H. MCCLAIN
*Assistant United States Attorney*
Georgia Bar No. 143186
Stephen.McClain@usdoj.gov

600 U.S. Courthouse   75 Spring Street SW   Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        Brian McEvoy

September 11, 2015

        /s/ STEPHEN H. MCCLAIN
        STEPHEN H. MCCLAIN
        *Assistant United States Attorney*